# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>RICARDO IBARRA DE LA TOBA | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 17CR4478-KSC<br><br>CHANDRA PETERSON OF FEDERAL DEFENDERS<br>Defendant's Attorney |

**REGISTRATION NO.**     65645298

☒ Correction of Sentence for Clerial Mistake (Fed. R. Crim. P. 36)   CORRECTED ASSESSMENT AND ADDED COUNT 2

The Defendant:

☒ pleaded guilty to count(s)     1-2 OF THE SUPERSEDING INFORMATION

☐ was found guilty on count(s) _____
    after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21:844(a) | Possession of Cocaine (Class A Misdemeanor) | 1 |
| 21:844(a) | Possession of Methamphetamine (Class A Misdemeanor) | 2 |

    The defendant is sentenced as provided in pages 2 through     2     of this judgment.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   UNDERLYING INFORMATION     is   dismissed on the motion of the United States.

☒ Assessment : $50 WAIVED ($25 EACH/COUNTS 1-2)

☒ No fine     ☐ Forfeiture pursuant to order filed _____ , included herein.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 10, 2018
Date of Imposition of Sentence

HON. KAREN S. CRAWFORD
UNITED STATES DISTRICT JUDGE

FILED
MAY 17 2018
SOUTH... ...ISTRICT COURT
D... ...ICT OF CALIFORNIA
BY ...PUTY

17CR4478-KSC

| | |
|---|---|
| DEFENDANT: RICARDO IBARRA DE LA TOBA | Judgment - Page 2 of 2 |
| CASE NUMBER: 17CR4478-KSC | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
TIME SERVED

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ A.M. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ on or before

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

17CR4478-KSC